IN the INTEREST OF D.L.F., a Minor

**Petition of: D.L.F., a Minor**

**No. 367 MAL 2017**

Supreme Court of Pennsylvania.

October 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Michael S. ZABLOCKI and Mary Jane Zablocki, Petitioners**

v.

**Jerome H. BEINING, Respondent**

**No. 165 WAL 2017**

Supreme Court of Pennsylvania.

October 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Vincent V. HUNTLEY, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Respondent**

**No. 383 MAL 2017**

Supreme Court of Pennsylvania.

October 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**